

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ALEJANDRO FIERRO, | § | No. 08-13-00274-CR |
| Appellant, | § | Appeal from the |
| v. | § | 120th District Court |
| STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20120D00748) |

## **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time to file the brief until **March 4, 2014.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Dolph Quijano, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before **March 4, 2014.**

IT IS SO ORDERED this 5th day of February, 2014.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.